Fwd: Request for Sick Leave (L.Pierce) 04/10-12/17

**Date :** April 11, 2017, 10:29:44 am EDT

**Size :** 19.6 KB

**From :**  William Fumey <william.fumey@nara.gov>

**To :** Amii Limpp <amii.limpp@nara.gov>

**ZL Id :** LCYPZDZLT4CFKDWOH1JDUDU3AFVC5WQGB

**Type :** SMTP

**Item Id :** 35527581

Best regards,

William Fumey, CISSP, CISA, PMP
Branch Chief, IT Security Support Branch (ISS)
IT Security Management Division (IS)
Information Services (I)
National Archives and Records Administration
(301) 837-3521 (O)

---------- Forwarded message ----------
From: **William Fumey** <william.fumey@nara.gov>
Date: Tue, Apr 11, 2017 at 10:14 AM
Subject: Fwd: Request for Sick Leave (L.Pierce) 04/10-12/17
To: Amii Limpp <amii.limpp@nara.gov>

Best regards,

William Fumey, CISSP, CISA, PMP
Branch Chief, IT Security Support Branch (ISS)
IT Security Management Division (IS)
Information Services (I)
National Archives and Records Administration
(301) 837-3521 (O)

---------- Forwarded message ----------
From: **William Fumey** <william.fumey@nara.gov>
Date: Tue, Apr 11, 2017 at 10:14 AM
Subject: Re: Request for Sick Leave (L.Pierce) 04/10-12/17
To: Lauren Pierce <lauren.pierce@nara.gov>

Hi Lauren,

For your awareness, we are taking these temporary measures in response to your reasonable accommodation request pertaining to possible mold in your cube area. Your new cube is located in 4400 near Keith Day's cube.

Also, facilities will be performing an environmental test in your cube area. As I understand it, the reasonable accommodation office will be requesting specific medical documentation. Thank you.

Best regards,

William Fumey, CISSP, CISA, PMP
Branch Chief, IT Security Support Branch (ISS)
IT Security Management Division (IS)
Information Services (I)
National Archives and Records Administration
(301) 837-3521 (O)

On Tue, Apr 11, 2017 at 10:09 AM, Lauren Pierce <lauren.pierce@nara.gov> wrote:

> Good Morning Helen,
>
> Thank you for this acknowledgement. Where in 4400 should I look to find it please? Thanks
>
>
> ~~~~~~~~~~
> Lauren Pierce
> ISS; 2-2350
> 301.852.8158
>
> On Apr 11, 2017, at 7:43 AM, Helen Love <helen.love@nara.gov> wrote:
>
> Just to let you know your computer has been moved up to 4400 if that makes any difference when you return
> to work. Hopefully  it will improve your working conditions
> Helen
>
> On Mon, Apr 10, 2017 at 5:49 PM, Lauren Pierce <lauren.pierce@nara.gov> wrote:
>
>> Good Day To You William,
>>
>> Yes. You are correct. Thank you.
>>
>>
>> ~~~~~~~~~~
>> Lauren Pierce
>> ISS; 2-2350
>> 301.852.8158
>>
>> On Apr 10, 2017, at 8:32 AM, William Fumey <william.fumey@nara.gov> wrote:
>>
>> Hi Lauren,
>>
>> Is your request for sick leave for 4/10/17 through 4/12/17?
>>
>>
>> Best regards,
>>
>> William Fumey, CISSP, CISA, PMP
>> Branch Chief, IT Security Support Branch (ISS)
>> IT Security Management Division (IS)
>> Information Services (I)
>> National Archives and Records Administration
>> (301) 837-3521 (O)

On Sun, Apr 9, 2017 at 11:35 PM, Lauren Pierce <lauren.pierce@nara.gov> wrote:

Good Day To You William,

Thank you for texting approval for my Sick Leave. I will let you know if this extends beyond Wednesday. Thanks and have a great day!

~~~~~~~~~
Lauren Pierce
ISS; 2-2350
301.852.8158

--
Helen Love
Administrative Officer
Policy & Compliance Management (I-C)
301-837-1737
Fax 301-837-3522

Attachments