

May 3, 2017

Lauren Pierce
National Archives and Records Administration
OIS, IT Security Management Division
8601 Adelphi Rd.
College Park, MD 20740


Dear Ms. Pierce:

In order to proceed and adequately address your request for a reasonable accommodation, noted below are two (2) item needed from you/and/or your doctor as soon as possible.

1. Please complete and return the attached Authorization to Provide Limited Medical Documentation form. This form should be filled out by you; the doctor does not need to fill it out.
   - The above form authorizes the NARA offices with a need-to-know to share medical information with other NARA offices having a need-to-know.  Such NARA offices may include Labor/ Employee Relations and Benefits branch, EEO Office - Disability Employment Program Manager, and General Counsel.


2. Request for medical documentation/letter (this letter) from your doctor with detailed responses to the medical questions below. Please note the medical documentation/letter must be on official letter head, typed and signed by the doctor.

Also, if you have any **updated** medical documentation on hand, please provide me with a copy via **fax at 301-837-2030, or by email at Amii.Limpp@NARA.gov**.


The following medical questions require detailed responses from your doctor and must be on official letter head, typed and signed by the doctor.  The doctor should take into consideration the physical requirements of the job in question, and your ability to navigate and be present in the workplace. I encourage you to discuss with your physician any difficulties you are experiencing in the workplace or performing your duties. After reviewing the position description, your treating physician should state:

1. What, if any, medical impairment has Ms. Pierce been diagnosed with?

2. What, if any, medical restrictions does Ms. Pierce have with regard to her ability to perform the essential duties of her job as described in the attached position description?

3. Does the identified impairment affect any major life activities (for example, walking, talking, eating, sleeping, etc.)?

4. If Ms. Pierce's impairments affect one or more major life activities, please indicate whether the limitation is substantial—that is, how does the limitation compare with the ability of the average person in the general population? (For example, is Ms. Pierce's limitation in the 10% range, or is it closer to the 80% range?)

5. How long is the impairment expected to last?  Please provide a prognosis, including plans for future treatment and an **estimate of the expected dates of full or partial recovery, and/or duration of limitations (e.g. temporary, permanent, 6 weeks, etc.)**.

6. Advice on whether Ms. Pierce's medical condition(s) or limitation(s) allow her to report for duty on a regular, full-time basis, and able to perform the full range of her job duties.

7. Ms. Pierce's job entails developing NARA computer security policies, overseeing and ensuring the implementation of appropriate Security and Privacy Controls throughout the system, resolving technical and privacy issues for all NARA IT systems, amongst others. Please refer to the attached position description for more information.

    Please identify if there are any time, processing, organizational limitations, weight, distance, or other restrictions on any of those activities.  Please be specific.

8. What accommodations, if any, will be required? Previous documentation from your office dated April 9, 2017, indicated that Ms. Pierce's symptoms have "worsened from repeated exposure to allergens at work and have required emergent intervention. Her symptoms now limit ability to perform essential duties at work; however, she is asymptomatic at home and may work without restriction from home". In response to her situation, NARA has had an outside organization (ATI), come in to perform an indoor air quality survey and testing. The results are enclosed.

Therefore, the Agency does not agree that her condition was caused by an environment allergen here on the premises of NARA. Is it possible that her reaction could stem from other environmental allergens?

Regarding this issue with environmental allergens, what recommendations and accommodations do you have which would allow Ms. Pierce to perform the essential duties of her position?

9. Discuss whether or not Ms. Pierce will suffer injury or harm by performing the essential duties of her position, with or without accommodation.

10. Do you have any additional comments or information you would like to provide? Thank you.

The physical requirements and the nature of the work environment for an IT Security Privacy Specialist INFOSEC, GS-2210-14 may include but are not limited to:

**Summary - Physical and Work Conditions**

PHYSICAL DEMANDS

There are no substantial physical demands, except that in the event of an actual security exposure event the incumbent would be on duty or on call around the clock.

WORK ENVIRONMENT

The work is primarily performed in office and computer facility settings, but may require field inspections of computer and communications facilities.

Incumbent requires access to classified materials up to and including Top Secret.

**Please submit the above items to me by Thursday, May 25, or before via fax at 301-837-2030, or by email at Amii.Limpp@NARA.gov .** If you need additional time to obtain this information from your doctor, please notify me as soon as possible. Please do not hesitate to contact me if you have any questions.

Thank you,

*Amii Limpp*
Disability Program Manager
National Archives and Records Administration
Office of Equal Employment Opportunity Programs
8601 Adelphi Road, Suite 1331
College Park, MD 20740

301-837-1830 (work) / 301-837-2030 (fax)
Amii.Limpp@nara.gov


Attachments:

- Position Description
- Medical Authorization form
- Environmental Survey and Testing report